# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 20-cr-214 (CJN) |
| : | |
| JAMES ROBINSON, : | |
| : | |
| Defendant. : | |

## MOTION TO VACATE TRIAL AND RESET THE MOTIONS HEARING TO A PLEA HEARING

Ahead of the scheduled motions deadline and upcoming motions hearing on March 29, 2022, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Mr. Guillaume, counsel for Mr. Robinson, respectfully file this joint motion to the Court:

1. On Friday, March 11, 2022, the Court granted a continuance to allow the government to file pretrial motions by Monday, March 14, 2022. This was granted in part because the defendant had rejected a global plea.

2. Over the weekend, defense counsel and government counsel conferred, and the plea offer was re-extended. The defendant has communicated today, March 14, 2022, his intent to enter a plea.

3. As such, the parties request that the motions hearing for March 29, 2022, in person be converted to a plea hearing.

4. Additionally, given the plea, the parties request that trial and other filing deadlines be vacated at this time. The government has consulted with the defense, who consents to this joint filing.

WHEREFORE, the parties request this Court to vacate the trial date and filing deadlines and convert the motions hearing for March 29, 2022, into a plea hearing.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney

By:   */s/ Samuel S. Frey*
        SAMUEL FREY
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-7124
        Email:  Samuel.Frey2@usdoj.gov